**Raymond D. COLLINS, et al.,
Plaintiffs/Appellants,**

v.

**Gary WALLACE, et al.,
Defendants/Respondents.**

No. 68354.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 27, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 1996.

Application to Transfer Denied
May 28, 1996.

M. Corinne Corley, Kansas City, for appellant.

Bruce H. Beckett, Andrew S. Flach and Julie E. Figg, Columbia, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Plaintiff, Raymond D. Collins, appeals from the order of the trial court which granted summary judgment in favor of defendant, First National Bank & Trust Company[1] in plaintiffs',action alleging breach of contract, and tortious interference with contract by defendants in the attempted sale of the plaintiffs' business to a non-defendant third party.

We have reviewed the record on appeal. No error of law appears. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).

---

1. The plaintiffs brought this action also against Gary Wallace and Shelbina Mercantile Bank, alleging negligence, breach of contract, fraudulent misrepresentation, and conversion. Summary judgment was also entered in favor of Shelbina Mercantile Bank, but only the judgment entered in favor of First National Bank was designated as final for purposes of this appeal. See 74.01(b).